UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>RICHARD H. HATCH, JR., et. al., )<br>)<br>Defendants. )<br>KRISTIN M. HATCH, )<br>)<br>Defendant/Counter-Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Plaintiff/Counter-Defendant. ) | Case No. 1:22-cv-332<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to L.R. Gen. 206(d)(1), the undersigned hereby provides notice of withdrawal of his appearance on behalf of Defendant/Counter-Plaintiff Kristin M. Hatch. In furtherance thereof, the undersigned respectfully states:

1. Christopher Rajotte is currently employed by the law firm of Levins Tax Law, LLC and is currently counsel of record for Kristin M. Hatch.

2. Gerard J. Levins, of Levins Tax Law, LLC, and Michael Monti also serve as counsel of record for Ms. Hatch.

3. Christopher Rajotte's employment with Levins Tax Law, LLC will end on June 9, 2023 and thereafter he will no longer represent clients of Levins Tax Law, including Ms. Hatch.

4. Gerard J. Levins and Michael Monti will continue to represent Ms. Hatch in this matter.

1

5. Currently, no motions are pending in this case and a trial date has not yet been set.

6. Prior to filing this notice, Christopher Rajotte notified his co-counsel and Ms. Hatch of his intention to withdraw his appearance.

Respectfully submitted,

*/s/ Christopher Rajotte*                                                                                              Date: June 9, 2023
Christopher Rajotte
*Admitted Pro Hac Vice*
Fla. Bar No. 107742
Levins Tax Law
1671 Worcester Road, Suite 304
Framingham, MA 01701
T: 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
F: 888-333-0291
crajotte@levinstaxlaw.com

## Certificate of Service

I hereby certify that on this 9th day of June, 2023, I served the foregoing document on all parties or their counsel of record via the Court's CM/ECF system. Additionally, a copy was mailed by United States mail, first class and postage prepaid, to the following:

Richard H. Hatch, Jr., *pro se* defendant
11 Lowndes Street
Newport, RI 02840

Additionally, a copy of this notice has been or will be provided to Kristin M. Hatch via email.

*/s/ Christopher Rajotte*
Christopher Rajotte
*Admitted Pro Hac Vice*
Fla. Bar No. 107742
Levins Tax Law
1671 Worcester Road, Suite 304
Framingham, MA 01701
T: 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
F: 888-333-0291
crajotte@levinstaxlaw.com