IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD H. HATCH, JR., et al., ) <br> ) <br> Defendants. ) <br> KRISTIN M. HATCH, ) <br> ) <br> Defendant/Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff/Counterclaim Defendant. ) | Case No. 1:22-cv-332-JJM-AEM <br><br> Chief Judge John J. McConnell, Jr. |

**PARTIES' STIPULATION REGARDING NEW DUE DATE FOR JOINT NOTICE REQUIRED BY TRIAL ORDER**

On October 24, 2025, the Court issued a Trial Order (ECF No. 119), which required the parties to confer and file a joint Notice by November 7, 2025. On November 7, 2025, in a text-only order, the Court denied the United States' motion to stay and held that "[i]f the Defendants want to stipulate to a new due date for their responsive pleading, they should file such a stipulation, and the Court will enter it." It is assumed that the Court meant a new date for their "joint Notice." The parties hereby stipulate and agree, that they will file the required joint Notice with the Court by Thursday, November 13, 2025.

Respectfully submitted,

| For Plaintiff and Counterclaim Defendant <br> UNITED STATES OF AMERICA, | For Defendant and Counterclaim Plaintiff <br> KRISTIN M. HATCH |
|---|---|

| | |
|---|---|
| */s/ Kimberly R. Parke*<br>KIMBERLY R. PARKE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, D.C.  20044<br>Phone: 202-353-0300<br>Fax: 202-514-5238<br>Kimberly.Parke@usdoj.gov | */s/ Gerard J. Levins*<br>Gerard J. Levins, Esq., LL.M.<br>Levins Tax Law, LLC<br>1671 Worcester Road, Suite LL-103<br>Framingham, MA 01701<br>Cell: 617-733-8888<br>Tel: 888-333-9501 / 508-202-9800<br>Fax: 888-333-0291<br>email: gerard@levinstaxlaw.com |
| *Pro Se* Defendant<br>RICHARD H. HATCH, JR.<br><br>_____<br>21 Annandale Road<br>Newport, RI 02840<br>hatchrich@gmail.com | |

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD H. HATCH, JR., et al., )<br>)<br><u>Defendants.</u> )<br>KRISTIN M. HATCH, )<br>)<br>Defendant/Counterclaim Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>)<br><u>Plaintiff/Counterclaim Defendant.</u> ) | Case No. 1:22-cv-332-JJM-AEM<br><br>Chief Judge John J. McConnell, Jr. |

**PARTIES' STIPULATION REGARDING NEW DUE DATE FOR JOINT NOTICE
REQUIRED BY TRIAL ORDER**

On October 24, 2025, the Court issued a Trial Order (ECF No. 119), which required the parties to confer and file a joint Notice by November 7, 2025. On November 7, 2025, in a text-only order, the Court denied the United States' motion to stay and held that "[i]f the Defendants want to stipulate to a new due date for their responsive pleading, they should file such a stipulation, and the Court will enter it." It is assumed that the Court meant a new date for their "joint Notice." The parties hereby stipulate and agree, that they will file the required joint Notice with the Court by Thursday, November 13, 2025.

Respectfully submitted,

For Plaintiff and Counterclaim Defendant
UNITED STATES OF AMERICA,

/s/ Kimberly R. Parke
KIMBERLY R. PARKE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
Phone: 202-353-0300
Fax: 202-514-5238
Kimberly.Parke@usdoj.gov

For Defendant and Counterclaim Plaintiff
KRISTIN M. HATCH

/s/ Gerard J. Levins
Gerard J. Levins, Esq., LL.M.
Levins Tax Law, LLC
1671 Worcester Road, Suite LL-103
Framingham, MA 01701
Cell: 617-733-8888
Tel: 888-333-9501 / 508-202-9800
Fax: 888-333-0291
email: gerard@levinstaxlaw.com

*Pro Se* Defendant
RICHARD H. HATCH, JR.

_____
21 Annandale Road
Newport, RI 02840
hatchrich@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2025, I electronically filed the foregoing *Parties' Stipulation Regarding New Due Date for Notice Required by Trial Order* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record who have filed an appearance via the Court's CM/ECF system. I further certify that on this same date, I served via email and First-Class Mail, postage prepaid, a copy of the foregoing document to the following recipient:

Richard H. Hatch, Jr.
21 Annandale Road
Newport, RI 02840
hatchrich@gmail.com
*Pro se* defendant

                                       */s/ Kimberly R. Parke*
                                       KIMBERLY R. PARKE
                                       Trial Attorney, Tax Division
                                       U.S. Department of Justice