# United States Court of Appeals
## For the First Circuit

No. 25-2111

UNITED STATES,

Plaintiff /Counter-Defendant - Appellee,

v.

RICHARD H. HATCH, JR.,

Defendant - Appellant,

BANK OF AMERICA, N.A.; CITIZENS BANK, N.A., f/k/a Citizens Bank of Rhode Island; MORTGAGE LENDERS NETWORK USA, INC., d/b/a Lenders Network; STATE OF RHODE ISLAND, DEPARTMENT OF REVENUE, Division of Taxation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., d/b/a Nominee for Mortgage Lenders Network USA, Inc.; CITY OF NEWPORT TAX COLLECTOR,

Defendants,

KRISTIN HATCH,

Defendant/Counter-Plaintiff.

**MANDATE**

Entered: March 10, 2026

In accordance with the judgment of January 16, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Kevin M. Bolan, Michael R. Hagopian, Richard H. Hatch Jr., Justin J. Shireman, Rachel Ida Wollitzer, Lauren S. Zurier