UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:22-cv-332-JJM-AEM |
| Plaintiff, | ) | |
| | ) | Judge John J. McConnell, Jr. |
| v. | ) | |
| | ) | Magistrate Judge Amy E. Moses |
| RICHARD H. HATCH, JR.; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| KRISTIN M. HATCH, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant. | ) | |

**FINAL JUDGMENT**

As to Count One of the Complaint, Judgment shall be entered under Fed.R.Civ.P. 54(b) in favor of the Plaintiff United States and against Defendant Richard H. Hatch, Jr., in the amount of $3,293,471.56, plus statutory additions from and after May 13, 2024, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until paid, for his federal income tax liabilities for the 2000, 2001, and 2012 tax years.

The Court directs that the Clerk enter the judgment as a final judgement because there is no just reason for delay. There are no issues left to adjudicate with respect to Count I of the United States' complaint, which seeks to reduce Richard Hatch's income tax liabilities to judgment. ECF No. 1 at 6-8. Richard Hatch already tried to appeal the Court's judgment, but the appeal was dismissed for lack of jurisdiction by the First Circuit because no final judgment

has been entered yet.  Case No. 25-2111, Doc. 00118391967 (1st Cir, Jan. 15, 2026).  The final judgment will not affect the United States' claims against the other parties because Richard Hatch will remain liable for his tax debts under Count I of the complaint regardless of whether the United States prevails on its claims to collect those debts from the other parties.  The final judgment will also allow the United States to start to use the Federal Debt Collection Procedure, Title 28, Chapter 176, in order to collect the final judgment.

**IT IS SO ORDERED, ADJUDGED, and DECREED.**


Date: _____March 17, 2026_____

_____
JOHN J. MCCONNELL, JR.
United States District Judge
District of Rhode Island